1  Abraham J. Colman (SBN 146933)
   Email: acolman@reedsmith.com
2  Raagini Shah (SBN 268022)
   Email: rshah@reedsmith.com
3  355 South Grand Avenue, Suite 2900
   Los Angeles, CA  90071-1514
4  Telephone:  +1 213 457 8000
   Facsimile:   +1 213 457 8080

Attorneys for Defendant
Bank of America, N.A. (sued as "Bank of America National Association")

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY LARMAN,<br><br>        Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, an FDIC insured corporation, and DOES 1 through 100 inclusive,<br><br>        Defendants. | Case No. 12-CV-04638-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: August 9, 2012 |



IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

1/17/2013

Pursuant to Federal Rule of Civil Procedure 41(a), Defendant Bank of America N.A. and Plaintiff Anthony Larman respectfully request that this action be dismissed with prejudice. Each party shall bear its own costs and fees.

DATED: January 14, 2013

REED SMITH LLP

By: */s/ Raagini Shah*
Raagini Shah
Attorney for Defendant Bank of America N.A.

DATED: January 14, 2013

By: _____
Plaintiff
Anthony Larman